COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTIONS

| | |
|---|---|
| Cause number: | 01-17-00026-CV |
| Style: | In re American Fisheries, Inc., Relator |
| Date motions filed*: | February 28, 2017 and March 7, 2017 |
| Type of motions: | Real Parties in Interest's Motion to Lift Stay or in the Alternative to Dismiss Appeal to Allow for Enforcement of Settlement Agreement; Relator's Response to Motion to Dismiss and Motion to Lift Stay and First Motion to Stay or for Extension of Time |
| Parties filing motions: | Real Parties in Interest National Honey, Inc., Jun Yang and Lin Yang; Relator American Fisheries, Inc. |
| Document to be filed: | Relator's Supplemental Mandamus Record |

Is appeal accelerated?       Yes (original proceeding).

If motion to extend time:

    Original due date:     January 30, 2017

    Number of extensions granted:    0    Current Due Date:  January 30, 2017

    Date Requested:    March 17, 2017 (46 days from original deadline)

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due:  March 17, 2017.

    ☒ Denied (without prejudice)

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: _____

Relator's alternative motion for extension of time to file the supplemental mandamus record because, among other things, it needs more time to attempt to finalize settlement, is **granted** until March 17, 2017.  Real parties in interest's motion to lift stay or, in the alternative, to dismiss to allow for enforcement of the settlement agreement, is **denied** without prejudice to refiling after the relator files the supplemental mandamus record.

Judge's signature: _/s/ Evelyn V. Keyes_

        ☒ Acting individually       ☐ Acting for the Court

Date:  March 10, 2017_

November 7, 2008 Revision